**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ERIC GRIFFIN, | ) | |
| | ) | 2:08-cv-00303-RCJ-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WHITE HOUSE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court for consideration is the Order & Findings and Recommendations of Magistrate Judge George W. Foley, Jr., entered March 11, 2008 (#2). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Order & Findings and Recommendations of the United States Magistrate Judge entered July 3, 2007, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Order & Findings and Recommendations (#2) be affirmed and adopted, and that the Complaint be dismissed with prejudice.

DATED: April 1, 2008

_____
UNITED STATED DISTRICT COURT